ORIGINAL

FILED
U.S. DISTRICT COURT

2010 AUG 19 PM 1:44

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID L. ROBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-021 |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss is **DENIED** (doc. no. 14-1), but the motion to compel is **GRANTED** (doc. no. 14-2). Plaintiff shall provide responses to Defendant's Interrogatories and Request for Production of Documents within fourteen days of the date of this Order. Defendant's counsel shall file a motion for expenses incurred in bringing the discovery motion with fifteen (15) days of the date of this Order; Plaintiff shall have 15 days to respond to Defendant's motion.

The remaining scheduling deadlines in this case shall be re-set as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | September 15, 2010 |
| LAST DAY FOR FILING CIVIL MOTIONS EXCLUDING MOTIONS IN LIMINE | October 15, 2010 |

All other provisions of the March 17, 2010 Scheduling Order not revised herein shall remain in full force and effect. Any further motions for extension in this case must be addressed to the undersigned.

SO ORDERED this 19th day of August, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE